District of Texas, Dallas, TX, for Plaintiff-Appellee

Jerry Van Beard, Esq., Assistant Federal Public Defender, Laura S. Harper, Esq., Assistant Federal Public Defender, Federal Public Defender's Office, Northern District of Texas, Fort Worth, TX, for Defendant-Appellant

Before REAVLEY, PRADO, and GRAVES, Circuit Judges.

PER CURIAM: *

Loreto Ramos-Pablo pleaded guilty to illegal reentry after removal from the United States and was sentenced to 41 months in prison, to be followed by a two-year term of supervised release. Ramos-Pablo argues on appeal that his indictment failed to invoke the sentencing enhancement in 8 U.S.C. § 1326(b)(2), as his indictment failed to allege the existence of a prior conviction. He contends that his sentence exceeds the statutory maximum penalty for a conviction under § 1326(a) and violates his due process rights.

The Government has filed an unopposed motion for summary affirmance, asserting that Ramos-Pablo's argument is foreclosed by *Almendarez-Torres v. United States*, 523 U.S. 224, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998). As Ramos-Pablo concedes that his argument is foreclosed and is raised only to preserve it for further review, summary affirmance is appropriate. *See Groendyke Transp., Inc. v. Davis*, 406 F.2d 1158, 1162 (5th Cir. 1969). Accordingly, the motion for summary affirmance is GRANTED, the alternative motion for an extension of time to file a brief is DE-

NIED, and the judgment of the district court is AFFIRMED.

**UNITED STATES of America, Plaintiff-Appellee**

v.

**Armando RAMIREZ-HERNANDEZ, also known as Victor Garcia, Defendant-Appellant**

**No. 16-11712 Summary Calendar**

United States Court of Appeals, Fifth Circuit.

Filed August 3, 2017

James Wesley Hendrix, Assistant U.S. Attorney, U.S. Attorney's Office, Northern District of Texas, Dallas, TX, for Plaintiff-Appellee

Armando Ramirez-Hernandez, Pro Se

Before JONES, WIENER, and CLEMENT, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Armando Ramirez-Hernandez

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Ramirez-Hernandez has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.